UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TROY A. JACKSON, | ) | |
| | ) | Case No. 1:08-CV-1036 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| MANAGEMENT TRAINING CORP. et al., | ) | |
| | ) | |
| Defendants. | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |

This cause came upon written motion of the plaintiff, Troy A. Jackson, for default against defendant Victor Goble, pursuant to Fed. R. Civ. P. 55. The Court finds just cause for said motion, and enters a default judgment against defendant Goble for the allegations set forth in the plaintiff's complaint. A damages hearing shall be scheduled at a later date.

IT IS SO ORDERED.

/s/*Ann Aldrich*
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

**Dated:** November 20, 2009