UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Troy A. Jackson, | : | Case No. 1:08CV1036 |
| Plaintiff | : | |
| v. | : | Magistrate Judge David S. Perelman |
| Management Training Corp., et al.., | : | **MEMORANDUM OPINION** |
| | : | **AND ORDER** |
| Defendants | : | |

Having consulted with counsel in a telephone conference, it is evident that this Court cannot conclude this case prior to leaving the bench on October 29, 2010.

This being so, with the agreement of counsel that it is the appropriate course of action, this Court has determined to withdraw from presiding over the action, and to return the action to the Clerk of Courts to be reassigned to a new District Judge[1] and Magistrate Judge.

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE:    August 11, 2010

---

[1] As the action was originally assigned to the late Judge Aldrich it cannot be returned to the originating District Judge.