UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2010 AUG 13 PM 12: 31
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| Troy A. Jackson, | Case No. 1:08CV1036 |
| Plaintiff | |
| v. | Magistrate Judge David S. Perelman |
| Management Training Corp., et al.., | **AMENDED MEMORANDUM OPINION AND ORDER** |
| Defendants | |

Having consulted with counsel in a telephone conference, it is evident that this Court cannot conclude this case prior to leaving the bench on October 29, 2010.

This being so, with the agreement of counsel that it is the appropriate course of action, this Court has determined to withdraw from presiding over the action, and to return the action to the docket of District Judge Gwin.[1]

**IT IS SO ORDERED**

s/DAVID S. PERELMAN
United States Magistrate Judge

DATE: August 13, 2010

---

[1] This action was originally assigned to the late Judge Aldrich, and transferred to Judge Gwin on May 6, 2010. Thereafter the parties consented to this Court's jurisdiction pursuant to 28 U.S.C. §636(c)(1) and Local Rule 5.2.1(a). Upon this Court's withdrawal the action reverts to Judge Gwin. Magistrate Judge White has been drawn to the file in place of this Court.

AO 72A
(Rev. 8/82)